UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND,
SCOTT J. REDMAN (in his capacity as Trustee),

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS APPRENTICESHIP
& TRAINING FUND, WISCONSIN LABORERS
CONTRACT ADMINISTRATION FUND,
WISCONSIN LABORERS HEALTH-HRA FUND,
BUILDING AND PUBLIC WORKS VACATION
FUND, and JOHN J. SCHMITT (in his capacity
as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No. 18-cv-427

ADKINS CONSTRUCTION,

Defendant.

## ORDER AND ENTRY OF JUDGMENT AS TO DEFENDANT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.　　Defendant Adkins Construction has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Adkins Construction violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds. Further, Adkins Construction breached a contract it entered into with Plaintiff Funds, entitling judgment on all amounts unpaid according to that contract.

3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $193,117.50.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Scott J. Redman (in his capacity as Trustee), Wisconsin Laborers Health Fund, Wisconsin Laborers Apprenticeship and Training Fund, Wisconsin Laborers Contract Administration Fund, Wisconsin Laborers Health-HRA Fund, Building and Public Works Vacation Fund, John J. Schmitt (in his capacity as Trustee), Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and Wisconsin Laborers District Council and against Defendant in the amount of $193,117.50 together with interest at the rate allowed by law.

Dated this 19th day of September, 2018

_____
U.S. District Court Judge